■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL A. C. (ANONYMOUS), Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered August 20, 1968, adjudging him a youthful offender after a nonjury trial. Judgment reversed, on the law, and case remitted to the court below for a new trial before a jury. The findings of fact below are affirmed. In our opinion, subdivision 3 of section 913-g and section 913-h of the Code of Criminal Procedure, insofar as they require a defendant to consent to a summary trial without a jury to render him eligible for youthful offender treatment, are unconstitutional (cf. *Duncan* v. *Louisiana*, 391 U. S. 145, 149; *United States* v. *Jackson*, 390 U. S. 570; *Matter of Gault*, 387 U. S. 1, 12; *Nieves* v. *United States*, 280 F. Supp. 994, 1006; *Matter of Saunders* v. *Lupiano*, 30 A D 2d 803; *People* v. *Towler*, 30 A D 2d 876). Defendant's other contentions have been examined and are without merit. Christ, Acting P. J., Brennan, Hopkins, Munder and Martuscello, JJ., concur.